AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations                                    (6528)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Supervised Release) |
| **ANTHONY LEVERT HARRISON** | |
| | CASE NUMBER: **1:02-CR-00202-002** |
| | USM NUMBER: **08238-003** |
| | |
| | Sidney M. Harrell, Jr., Esquire |
| | **Defendant's Attorney** |

**THE DEFENDANT:**

( )   admitted guilt to violation of supervision condition(s): _____

(X)   was found in violation of supervision conditions: Mandatory Condition, 3 & 11 as set out in petition dated 9/21/2007.

| **Violation Number** | **Nature of Violation** | **Date violation Occurred** |
|---|---|---|
| Mandatory Condition | New Offense | 09/04/2007 |
| 3 | Technical | |
| 11 | Technical | |

The defendant is sentenced as provided in pages 2 through **2** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

( )   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| **Defendant's Social Security No.:** 2290 | November 1, 2007 |
| | Date of Imposition of Judgment |
| **Defendant's Date of Birth:** 1958 | |
| | |
| **Defendant's Residence Address:** | /s/ Callie V. S. Granade |
| Prichard, AL | CHIEF UNITED STATES DISTRICT JUDGE |
| | |
| **Defendant's Mailing Address:** | November 20, 2007 |
| | Date |

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

Case 1:02-cr-00202-CG-C   Document 95   Filed 11/20/07   Page 2 of 2

Judgment 2

Defendant: **ANTHONY LEVERT HARRISON**
Case Number: **1:02-CR-00202-002**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total **term** of  SIXTEEN (16) MONTHS

( )   The court makes the following recommendations to the Bureau of Prisons:

(X)   The defendant is remanded to the custody of the United States Marshal.

( )   The defendant shall surrender to the United States Marshal for this district:
  ( )   at __ .m. on __.
  ( )   as notified by the United States Marshal.

( )   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ( )   before 2 p.m. on ____.
  ( )   as notified by the United States Marshal.
  ( )   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____

with a certified copy of this judgment.

           UNITED STATES MARSHAL

By:_____
          Deputy U.S. Marshal